# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| ERIK DOUGLAS WARD,<br>Appellant,<br>vs.<br>SVETLANA RITZA VILLAFLOR,<br>Respondent. | No. 81234 |
| ERIK DOUGLAS WARD,<br>Appellant,<br>vs.<br>SVETLANA RITZA VILLAFLOR,<br>Respondent. | No. 81235 |

**FILED**

JUL 0 6 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEALS*

These are pro se appeals in a child custody matter from an order denying a motion to set aside the judgment. These appeals are both from the same order that is currently on appeal in Docket No. 81210. Because the appeals are from the same order as the appeal proceeding in Docket No. 81210, these appeals are dismissed.

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

cc: Hon. Charles J. Hoskin, District Judge, Family Court Division
Erik Douglas Ward
Svetlana Ritza Villaflor
Eighth District Court Clerk